

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
| --- | --- | --- |
| C&R DOWNHOLE DRILLING, LLC | | No. 08-16-00251-CV |
| F/K/A C&R DOWNHOLE DRILLING, | § | |
| INC., | | Appeal from |
| | § | |
| Appellant, | | 98th District Court |
| | § | |
| v. | | of Travis County, Texas |
| | § | |
| TEXAS PROPERTY AND CASUALTY | | (TC # D-1-GN-14-004741) |
| INSURANCE GUARANTY | § | |
| ASSOCIATION, | | |
| | § | |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's unopposed motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating